Jacob Tanis
(Debtor, Tanis Holdings, LLC)
20 Knollwood Ave,
Elmsford, NY 10523
Telephone # (917) 542-1500

Debtor in Pro Per

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Tanis Holdings, LLC.<br><br>DEBTOR | CHAPTER 11<br>Subchapter V Case No. 25-22406 (KYP)<br><br>CHAPTER 11<br><br>DEBTOR'S EMERGENCY MOTION FOR RELIEF FROM DISMISSAL AND REINSTATEMENT OF CHAPTER 11 CASE<br><br>Date:      August 6, 2025<br>Time:     TBD<br>Location: Buffalo, New York<br>               Poughkeepsie Courthouse<br>               44 Market Street<br>               Poughkeepsie, NY 12601 |

**TO THE HONORABLE KYU YOUNG PAEK, UNITED STATES BANKRUPTCY JUDGE:**

I, Jacob Tanis, am representing myself in this matter. I respectfully ask this Court to reverse the dismissal order from July 16, 2025, and reinstate my Chapter 11 bankruptcy case that I filed on May 12, 2025.

**WHAT I AM ASKING THE COURT TO DO**

I respectfully request this Court to:

1. Cancel the dismissal order from July 16, 2025

2. Reinstate my Chapter 11 case

3. Give me new deadlines to file my disclosure statement and reorganization plan

4. Restore the automatic stay to protect my property from foreclosure

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

# WHAT HAPPENED AND WHY I NEED HELP NOW

## The Dismissal

On July 16, 2025, this Court dismissed my Chapter 11 case because I failed to file my disclosure statement and reorganization plan by the deadline. While I attended the hearing by Zoom, I was surprised by the dismissal because I expected to be able to request an extension.

## Why I Missed the Deadline

I missed the deadline for the following reasons:

1. **Active Creditor Negotiations**: I was in ongoing negotiations with creditors who hold approximately $20 million in debt. These negotiations were making good progress.
2. **Creditor Cooperation**: Several major secured creditors had indicated they were willing to work with me on restructuring payment terms.
3. **Reasonable Expectations**: Based on the positive response from creditors, I reasonably expected that I would be granted an extension to complete the complex restructuring process.
4. **Complexity of the Case**: Restructuring $20 million in secured debt across multiple commercial properties required more time than initially anticipated to create a workable reorganization plan.
5. **Good Faith Efforts**: Throughout this process, I have been in regular communication with my major creditors, showing that I was working in good faith.

## My Immediate Response After Dismissal

As soon as my case was dismissed on July 16, 2025, I immediately took the following steps:

- Started working to hire qualified bankruptcy counsel
- Began preparing the required disclosure statement and reorganization plan
- Re-contacted all major creditors to continue our restructuring discussions

- Filed this motion as quickly as possible (within one week)

**WHY IMMEDIATE REINSTATEMENT IS CRITICAL**

Every day that passes without reinstatement causes serious harm:

**Foreclosure Threat**

- Without the automatic stay protection, foreclosure proceedings on my primary commercial properties will begin immediately
- These properties are essential to my reorganization plan and are needed to pay back creditors
- If I lose these properties, creditors will receive little or nothing

**Loss of Business Value**

- My business continues to operate and generate income that is necessary to fund any reorganization plan
- Foreclosure would destroy this ongoing business value that benefits all creditors
- Foreclosure sales typically result in much lower prices than what the properties are worth in a reorganization

**Loss of Progress**

- I have already invested significant time and resources in negotiations with creditors
- Major secured creditors have indicated willingness to accept restructured payment terms
- Dismissal would waste this progress and force creditors into expensive individual collection actions

**THE LAW SUPPORTS REINSTATING MY CASE**

**Federal Rule 60(b) Test**

Courts consider four factors when deciding whether to reinstate a dismissed case:

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1. **No Intentional Default**: My failure to meet the deadline was not intentional. It was based on reasonable expectations that I would receive an extension given the progress in creditor negotiations.

2. **No Harm to Creditors**: Reinstating my case actually helps creditors by:
   - Preserving the value of my business and properties
   - Continuing automatic stay protection to prevent destructive foreclosure
   - Maintaining cash flow from ongoing business operations
   - No creditors have objected to reinstatement

3. **Valid Reorganization Possible**:
   - My business continues to operate and generate revenue
   - I filed all required schedules and statements on time (June 1, 2025)
   - I have substantial assets that support reorganization
   - Major creditors are willing to negotiate new payment terms

4. **Excusable Mistake**:
   - My expectations were reasonable based on creditor cooperation
   - The complex restructuring required additional time
   - I took immediate action once the case was dismissed
   - I filed this motion promptly

**Benefits of Reinstatement**

**For Creditors:**

- They will receive payments under my reorganization plan instead of getting little or nothing from foreclosure
- My business stays operational and continues generating money to pay them
- Avoids costly individual foreclosure proceedings

**For the Court System:**

- 4 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

- One motion solves the problem instead of multiple new lawsuits and foreclosures
- Achieves the main goal of Chapter 11 (helping businesses reorganize and survive)

**MY COMMITMENT GOING FORWARD**

I understand that I made a mistake due to my inexperience with bankruptcy procedures and the complexity of my situation. I have learned from this experience and am committed to:

- Meeting all future deadlines
- Filing all required documents for my reorganization plan
- Working with the Court's guidance as I represent myself
- Completing this bankruptcy process properly

**CONCLUSION**

Your Honor, I made an honest mistake that I immediately worked to correct. Permanently dismissing my case would hurt everyone involved - my creditors would receive little or nothing, my business would be destroyed, and months of good faith negotiations would be wasted.

Reinstating my case benefits everyone - creditors get paid, my business survives, and the goals of Chapter 11 are achieved.

I respectfully ask this Court to give me a second chance to complete this process properly.

**PRAYER FOR RELIEF**

WHEREFORE, I respectfully request that this Court:

a. **VACATE** the Order dismissing my Chapter 11 case entered on July 16, 2025;

b. **REINSTATE** my Chapter 11 case effective as of May 12, 2025;

c. **RESTORE** the automatic stay under 11 U.S.C. § 362 to protect my property from foreclosure;

d. **RESET** all deadlines, including giving me 60 days from the date of reinstatement to file my disclosure statement and reorganization plan;

e. **ALLOW** additional time for me to hire qualified bankruptcy counsel;

f. **SCHEDULE** a status conference to establish new deadlines and procedures; and

g. **GRANT** any other relief the Court considers appropriate.

Respectfully submitted,

Jacob Tanis

Debtor, Tanis Holdings, LLC

20 Knollwood Ave,

Elmsford, NY 10523

Telephone: (917) 542-1500

Date: July 23, 2025

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2025, I mailed a true and correct copy of this Emergency Motion for Relief from Dismissal and Reinstatement of Chapter 11 Case by first class mail to:

- Office of the United States Trustee

    Olympic Towers

    300 Pearl Street, Suite 401

    Buffalo, NY 14202

- All creditors on my creditor mailing list

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2025

_____
Jacob Tanis
Debtor, Tanis Holdings, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 7 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)