UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re

TANIS HOLDINGS, LLC,

                      Debtor.

---------------------------------------------------------x

Case No. 25-22406 (KYP)

Chapter 11
(Subchapter V)

## ORDER DENYING DEBTOR'S MOTION
## TO REINSTATE BANKRUPTCY CASE

The above-captioned debtor, Tanis Holdings, LLC (the "Debtor"), having filed on July 25, 2025 a motion to reinstate its bankruptcy case (the "Motion to Reinstate") [ECF No. 19], which was dismissed pursuant to this Court's July 16, 2025 order; and the Court having considered the objection to the Motion to Reinstate filed on August 7, 2025 by U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2024-6 ("U.S. Bank, Trustee") [ECF No. 22] and the objection to the Motion to Reinstate filed on August 7, 2025 by CV Whole Loan Fund LLC ("CVWLF") [ECF No. 23]; and the Court having held a hearing on August 12, 2025 (the "Hearing") to consider the Motion to Reinstate at which Hearing the principal of the Debtor, counsel for the United States Trustee, counsel for U.S. Bank, Trustee, and counsel for CVWLF appeared and were heard; and for the reasons set forth on the record at the Hearing; it is hereby

ORDERED, that the Debtor's Motion to Reinstate is denied.



**Dated: August 13, 2025**
**Poughkeepsie, New York**

**/s/ Kyu Y. Paek**
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**